FCS INDUSTRIES, INC. v. ROBERT E. KUNKLE.

February 25, 1986.

Petition for certification denied.

MILDRED ZORN, ET AL. v. JOHN GAYKOWSKI, ET AL.

February 25, 1986.

Petition for certification denied.

IN RE OPINION 575 OF THE ADVISORY COMMITTEE ON
PROFESSIONAL ETHICS.

February 25, 1986.

Petition for review of the Advisory Committee on Profession-
al Ethics Opinion Number 575, entitled *Conflict of Interest—
Member of County Board of Chosen Freeholders Serving in
Various Municipal Capacities,* is denied.